# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

                Plaintiff,

    v.

WARDEN JAMES YATES, et al.,

                Defendants.

                              /

CASE NO. 1:05-CV-01554-OWW-SMS-P

ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS

      Plaintiff John E. West ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 6, 2005, but did not pay the filing fee or file an application to proceed in forma pauperis.  Accordingly, it is HEREBY ORDERED that:

    1.      The Clerk's Office shall send plaintiff an application to proceed in forma pauperis;

    2.      Within **thirty (30) days** from the date of service of this order, plaintiff shall pay the $250.00 filing fee in full or file an application to proceed in forma pauperis; and

    3.      The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **January 12, 2006**               **/s/ Sandra M. Snyder**
i0d3h8                           UNITED STATES MAGISTRATE JUDGE