1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOHN E. WEST,                                    CASE NO. 1:05-CV-01554-OWW-SMS-P

10                      Plaintiff,                   ORDER MOTION SEEKING LEAVE TO
                                                    AMEND AS UNNECESSARY
11       v.
                                                    (Doc. 5)
12  WARDEN JAMES YATES, et al.,

13                      Defendants.
    _____/
14

15       Plaintiff John E. West ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 9, 2006, Plaintiff filed a motion

17  seeking leave to amend.

18       Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's

19  pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise,

20  a party may amend only by leave of the court or by written consent of the adverse party, and leave

21  shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  In this case, a responsive

22  pleading has not been served and Plaintiff has not previously amended his complaint.  Therefore,

23  Plaintiff may file an amended complaint without leave of the Court.  For this reason, Plaintiff's

24  motion is unnecessary and shall be denied.

25       In the event that Plaintiff opts to file an amended complaint, Plaintiff is notified that Local

26  Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior

27  pleading.  As a  general rule, an amended complaint supersedes the original complaint.  See Loux

28  v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once Plaintiff files an amended complaint, the original

1

pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Accordingly, Plaintiff's motion seeking leave to amend his complaint, filed January 9, 2006, is HEREBY DENIED.


IT IS SO ORDERED.

**Dated:    February 22, 2006**           **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE