# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN JAMES YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-01554-OWW-SMS-P<br><br>ORDER DENYING MOTION TO RE-FILE MOTION FOR PRELIMINARY INJUNCTIVE RELIEF PREVIOUSLY DENIED BY COURT<br><br>(Doc. 19) |

Plaintiff John E. West ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2006, plaintiff filed what, based on the caption, the court construes to be a motion seeking leave to re-file his motion for preliminary injunctive relief previously denied by the court. Other than what is set forth in the caption, the motion does not specify what relief is sought.

Plaintiff is not precluded from filing motions seeking relief from the court, provided the motions are filed in good faith. However, plaintiff may not simply re-file a motion that has already been ruled on by the court, as it appears plaintiff is seeking permission to do. If plaintiff has new and/or different grounds upon which to base a motion for relief from the court, plaintiff must file a new motion. At this juncture, however, plaintiff is not entitled to *any* type of preliminary injunctive relief, as plaintiff has not yet filed a complaint found by the court to contain any cognizable claims for relief. See Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987); Rivera v. Freeman, 469 F. 2d 1159, 1162-63 (9th Cir. 1972).

///

1   Plaintiff's motion seeking leave of court to re-file his previous motion for preliminary
2   injunctive relief, filed May 18, 2006, is HEREBY DENIED.

4   IT IS SO ORDERED.

5   **Dated:    June 20, 2006**              **/s/ Sandra M. Snyder**
    icido3                                    UNITED STATES MAGISTRATE JUDGE