# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST,<br><br>        Plaintiff,<br><br>  v.<br><br>WARDEN JAMES YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-CV-01554-OWW-SMS-P<br><br>ORDER STRIKING DUPLICATIVE MOTION<br><br>(Doc. 32) |

On September 18, 2006, plaintiff filed a motion seeking preliminary injunctive relief. (Doc. 30.) On November 22, 2006, plaintiff filed an identical motion. (Doc. 32.) Plaintiff's second motion is HEREBY ORDERED STRICKEN from the record on the ground that it is duplicative of the September 18 motion.

IT IS SO ORDERED.

**Dated:   January 31, 2007**             /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE