1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  JOHN E. WEST,                                CASE NO. 1:05-cv-01554-OWW-SMS PC

10                        Plaintiff,            ORDER DENYING MOTION TO ADD
                                               INMATE DAVID CROCKER AS CO-
11       v.                                    PLAINTIFF

12  WARDEN JAMES YATES, et al.,                (Doc. 38)

13                        Defendants.
                                          /
14

15        Plaintiff John E. West ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 26, 2007, plaintiff filed a

17  motion seeking leave to add inmate David Crocker as a co-plaintiff.

18        Rule 21 of the Federal Rules of Civil Procedure provides that "parties may be dropped or

19  added by order of the court on motion of any party or of its own initiative at any stage of the action

20  and on such terms as are just," and "any claim against a party may be severed and proceeded with

21  separately."  Courts have broad discretion regarding severance.  See Davis v. Mason County, 927

22  F.2d 1473, 1479 (9th Cir. 1991).

23        In this instance, plaintiff West and proposed plaintiff Crocker are in the custody of the

24  California Department of Corrections and Rehabilitation.  In the Court's experience, an action

25  brought by multiple plaintiffs proceeding pro se in which one or more of the plaintiffs is incarcerated

26  presents procedural problems that cause delay and confusion.  Delay often arises from the frequent

27  transfer of inmates to other facilities or institutions, the changes in address that occur when inmates

28  are released on parole, and the difficulties faced by inmates who attempt to communicate with each

1

1    other and other unincarcerated individuals.  In this case, the need for the plaintiffs to agree on all

2    filings made in this action and the need for all filings to contain the original signatures of both

3    plaintiffs will lead to delay and confusion.

4            Accordingly, plaintiff's motion for leave to add inmate David Crocker as a co-plaintiff, filed

5    February 26, 2007, is HEREBY DENIED.

6

7    IT IS SO ORDERED.

8    **Dated:    March 5, 2007**                             **/s/ Sandra M. Snyder**
     icido3                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28