# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN JAMES YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-01554-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 36)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 30, 31, and 39) |

     Plaintiff John E. West ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On February 1, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an objection on February 15, 2007.

     On September 18, 2006, plaintiff filed a motion seeking a preliminary injunction prohibiting prison officials from moving him from Pleasant Valley State Prison until his surgeries are performed and he has recuperated for six weeks, and on November 22, 2006, plaintiff filed a motion seeking a preliminary injunction mandating he receive double meals and daily showers. (Docs. 30, 31.) Those motions are the subject of the Findings and Recommendations. In addition, on February 26,

///

1

2007, plaintiff filed another motion seeking a preliminary injunction prohibiting prison officials from interfering with plaintiff's rights to due process and access to the courts. (Doc. 39.)

Plaintiff has yet to file a pleading that states any cognizable claims for relief. (Doc. 33.) As such, there is no actual case or controversy pending before the Court, and the Court does not have jurisdiction to issue *any* of the orders sought by plaintiff, assuming for the sake of argument that plaintiff would be entitled to any preliminary injunctive relief. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

On two other occasions, the Court has denied plaintiff's motions for preliminary injunctive relief on the same grounds as set forth in the Findings and Recommendations currently pending before the Court. (Docs. 15, 17, 23, 29.) Plaintiff's persistence in seeking relief in the face of the Court's orders setting forth the legal standard and explaining why plaintiff is not entitled to preliminary injunctive relief at this juncture is abusive of the judicial process. Any further motions for preliminary injunctive relief filed by plaintiff prior to a finding that plaintiff has stated a cognizable claim for relief will be stricken from the record as premature, and plaintiff may be subject to sanctions.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 1, 2007, is adopted in full;

2. Plaintiff's motions for preliminary injunctive relief, filed September 18, 2006, November 22, 2006, and February 26, 2007, are DENIED; and

///
///
///
///

3. Any further motions for preliminary injunctive relief filed by plaintiff prior to a finding that plaintiff has stated a cognizable claim for relief will be stricken from the record as premature and may result in the imposition of sanctions against plaintiff.

IT IS SO ORDERED.

**Dated:   March 6, 2007**                   /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE